# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:21-cv-00091-MR

| | |
|---|---|
| QUINTON BRICE PERSON, ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| VERNON CLOUD, Jr., et al., ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Quinton Brice Person ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Bertie Correctional Institution in Windsor, North Carolina. He filed this action on March 2, 2021, pursuant to 42 U.S.C. § 1983, naming Vernon Cloud, Jr., Eddie Cathey, FNU Carpenter, and Mary Beth Usher as Defendants. [Doc. 1]. Plaintiff sought to proceed in forma pauperis (IFP). [Doc. 2]. The Clerk ordered Plaintiff's correctional facility to provide a copy of Plaintiff's inmate trust fund account statement. [Doc. 4]. After receiving the statement, the Clerk ordered Plaintiff to pay the full filing fee within 30 days of that Order. [Docs. 5, 8]. The Clerk cautioned Plaintiff that this action would be dismissed if Plaintiff failed to

comply with the Order to pay the filing fee. [Doc. 7]. The Clerk's Order was mailed to Plaintiff at Union County Jail and at Piedmont Correctional Institution. [3/17/2021 Docket Entries]. The Order sent to Union County Jail was returned as undeliverable. [3/29/2021 Docket Entries]. Soon thereafter, the Court received a Notice of Change of Address from Plaintiff indicating he had been transferred to Bertie Correctional Institution. [Doc. 10]. Because it appeared that Plaintiff never received the Clerk's Order directing full payment of the filing fee, the Clerk entered an Amended Order allowing Plaintiff an additional 30 days, or until May 27, 2021, to pay the fee. [Doc. 11].

As of this Order, Plaintiff has not paid the filing fee. The Court will, therefore, dismiss this action without prejudice.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is dismissed without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: June 15, 2021

Martin Reidinger
Chief United States District Judge